

SEALED
**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
 1  NICHOLAS TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 13644
 3  KEVIN D. SCHIFF
    Assistant United States Attorney
 4  501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
 5  PHONE: (702) 388-6336
    FAX: (702) 388-5087
 6  Kevin.Schiff@usdoj.gov
    *Attorneys for the United States*
 7
```

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — NOV 15 2019 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 2:19-mj-858-BNW |
| Plaintiff, | MOTION TO UNSEAL |
| vs. | |
| ALEXANDER ALVAREZ, | |
| Defendant. | |

The United States of America, by Nicholas Trutanich, United States Attorney, and his assistant Kevin D. Schiff, herby moves this Court for an Order to unseal the above captioned cause number. Defendant has appeared before this Court, detention addressed, and further hearings set; thus there is no reason for this matter to remain sealed.

DATED this 15th day of November, 2019.

Nicholas Trutanich
United States Attorney

_____
Kevin D. Schiff
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 2:19-mj-858-BNW |
| Plaintiff, | ORDER TO UNSEAL |
| vs. | |
| ALEXANDER ALVAREZ, | |
| Defendant. | |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

IT IS SO ORDERED:

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2019